The President of the United States of America, the President of the United States of America, and